UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  0:18-CV-60237-WPD

TIKIZ FRANCHISING, LLC, and
TIKIZ ENTERPRISES, LLC,

       Plaintiffs,

v.

KONA ICE, INC.,

       Defendant.
_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY
RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE is before the Court upon the Motion to Appear Pro Hac Vice [DE 5]. The movant requests this Court to admit Michael Culver, Esq. to appear *pro hac vice* as co-counsel on behalf of Plaintiffs, in the above-styled case, and to receive electronic filings pursuant to Rule 2B of the CM/ECF Administrative Procedures. The Court notes that the Motion has been filed with the required documentation and fees, and that the attorney seeking *pro hac vice* admission has certified to having studied the Local Rules and have designated Mark C. Perry, Esq. as local counsel.  The Court has carefully considered the Motion, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion to Appear Pro Hac Vice [DE 5] is hereby **GRANTED**.

The Court reserves the power to withdraw permission for special appearance prior to and during the time of trial.  Failure to abide by any Court order or failure to appear at any scheduled

matter may result in immediate revocation of counsel's pro hac vice status.  Local counsel must be ready to adequately represent the party at any time, including conducting the actual trial. The Clerk shall provide electronic notification of all electronic filings to Michael Culver, Esq. at culver@mwzb.com.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of February, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record