UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No.: 0:18-cv-60237-KMM

Tikiz Franchising, LLC and
Tikiz Enterprises, LLC,

        Plaintiffs,

v.

Kona Ice, Inc.,

        Defendant.
_____/

## PLAINTIFFS' CONSENTED-TO MOTION TO BRING ELECTRONIC EQUIPMENT AND TRIAL BOXES INTO COURTHOUSE FOR USE AT TRIAL

Plaintiffs, by and through undersigned counsel, respectfully moves this Court for entry of an order permitting the persons listed below to bring into the Courthouse certain computers and technological devices for use during the Trial scheduled for June 17 through June 21 before the Honorable K. Michael Moore. In support of the instant Motion, Kona Plaintiffs state:

1. Plaintiffs' counsel intends to use laptop computers for the electronic presentation of evidence and the examination of witnesses during the trial. To accomplish these objectives, as more specifically set forth below, Plaintiffs will require several laptop computers and other electronic equipment (e.g. external hard drives, USB drives, video and audio cables, WiFi hotspots, cables to connect electronic equipment, and power sources) and seek permission to bring such items into the Courthouse.

2. Plaintiffs' counsel also intends to bring approximately four (4) trial boxes containing exhibits and other documents required for use at the trial. Accordingly, Plaintiffs

1

seek permission to bring the approximately four (4) trial boxes into the Courthouse.

3. Additionally, as required by this Court, Plaintiffs sets forth below a number of persons who will attend and/or participate in the trial and who will be bring electronic devices with them into the Courthouse. Plaintiffs seek permission to allow the following individuals to bring mobile telephones, mobile telephone chargers, laptop and tablet computers (including the appropriate user interface devices, cables, and/or converters), external hard drives, laser pointers, and other electronic devices with them into the Courthouse for the duration of the trial:

(a) Michael Culver (attorney)

(b) Brian Koide (attorney)

(c) Brian Tollefson (witness)

(d) Dave Tollefson (party representative)

4. Plaintiffs understands that the aforementioned items will be subject to examination for security purposes as are all other items brought into the Courthouse.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order permitting the items listed above to be brought into the Courthouse for Trial scheduled for June 17 through June 21, and for such other relief as this Court deems just and proper.

## PRE-FILING CERTIFICATION

This is to certify that on June 12, 2024 the parties' counsel exchanged emails regarding this motion and Kona Ice, Inc. consented thereto.

Dated: June 12, 2024                                    Respectfully submitted,

By: */s/ Mark C. Perry*
Mark C. Perry, Esq.
Fla. Bar No.: 251941

Law Offices of Mark C. Perry, P.A.
6245 North Federal Highway
Suite 321
Ft. Lauderdale, FL 33308
Office: (954) 351-2601
Fax: (954) 351-2605
Email: mark@markperrylaw.com

Michael Culver (*pro hac vice*)
Brian M. Koide (*pro hac vice*)
Millen, White, Zelano & Branigan, P.C.
2200 Clarendon Blvd., Suite 1400
Arlington, VA 22201
Tel: 703-243-6333
Fax: 703-243-6410
Email: culver@mwzb.com
Email: bkoide@mwzb.com

Attorneys for Plaintiffs

### CERTIFICATE OF ELECTRONIC SERVICE

**I HEREBY CERTIFY** that on this 12th day of June 2024, I electronically filed the foregoing document to the Clerk of the Court, using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the attached Service List in the manner specified, either by transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are authorized to receive electronically Notices of Electronic Filing.

Law Offices of Mark C. Perry, P.A.
Attorney for Plaintiffs
6245 North Federal Highway Suite 321
Fort Lauderdale, Fl 33308
Office: (954) 351-2601
Fax:     (954) 351-2605
Email:  mark@markperrylaw.com


By: */s/ Mark C. Perry*
  Mark C. Perry
  Fla. Bar No.: 251941

3

**SERVICE LIST**

Nina Greene, Esq.
Elizabeth Mcintosh, Esq.
Venable LLP
100 Southeast Second Street
4400 Miami Tower
Miami, FL 33131
Tel. (954) 453-8000
Fax (954) 453-8010
egmcintosh@venable.com
ngreene@venable.com
*Local Counsel to Kona Ice, Inc.*

Brett A. Schatz, Esq.
Wood, Herron & Evans, L.L.P.
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Tel. (513) 241-2324
Fax (513) 241-6234
bschatz@whe-law.com